# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

NADIA ALQUAHWAGI, on behalf of herself
and as Personal Representative fo the Estate
of Mohammad Khairi,

      Plaintiff,

v.                                                                    Case No. 14-13691

SHELBY ENTERPRISES, INC., a Michigan
Corporation, and THE PRUDENTIAL
INSURANCE COMPANY OF AMERICA, a  New
Jersey Corporation,

      Defendants.

_____/

## ORDER IDENTIFYING THIS CASE AS AN EXTENSION OF CASE NO. 11-14826 AND GRANTING PLAINTIFF THE RIGHT TO FILE AN AMENDED COMPLAINT

The court held a telephonic status conference with the parties on March 26,

2015, off of the record, at which the parties and the court discussed the procedural

history of the case.  The court notes that the instant case is substantially the same as

*Alquahwagi v. Shelby Enterprises, Inc.*, No. 11-14826 (Rosen, C.J.).  Chief Judge

Rosen remanded Case Number 11-14826 to the Plan Administrator, administratively

closed the case without a determination of the merits, and stated that Plaintiff could re-

open the case after she fully exhausted her administrative remedies.  The administrative

remedies appear to have been exhausted in the instant case, and Chief Judge Rosen

issued an order disqualifying himself from the instant case on October 28, 2014.  (Dkt. #

5, Pg. ID 22.)  The court, therefore, will deem the instant case as an extension of Case

Number 11-14826 and takes notice of the original case's docket.  Additionally, the court

will allow Plaintiff to file an amended complaint no later than April 10, 2015.

Accordingly,

IT IS ORDERED that the court will treat this case as an extension of *Alquahwagi*

*v. Shelby Enterprises, Inc.*, No. 11-14826.

IT IS FURTHER ORDERED that Plaintiff may file an amended complaint no later

than **April 10, 2015.**

 s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  March 31, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, March 31, 2015, by electronic and/or ordinary mail.

 s/Holly Monda for Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522
