UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NADIA ALQUAHWAGI,

    Plaintiff,

v.                                                                                    Case No. 14-13691

SHELBY ENTERPRISES, INC., and THE
PRUDENTIAL INSURANCE COMPANY OF
AMERICA,

    Defendants.
                                                       /

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment" dated September 14, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Shelby Enterprises, Inc. and The Prudential Insurnace Company of America and against Plaintiff Nadia Alquahwagi. Dated at Detroit, Michigan, this 14th day of September, 2016.

                                                               DAVID J. WEAVER
                                                                CLERK OF THE COURT

                                                                 BY:   S/Lisa Wagner
                                                                 Lisa Wagner, Deputy Clerk
                                                                 and Case Manager to
                                                                 Judge Robert H. Cleland

S:\Cleland\JUDGE'S DESK\C1 ORDERS\14-13691.ALQUAHWAGI.Judgment.tlh.wpd